

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2021

No. 04-21-00266-CV

Cecilia A. **CASTELLANO**,
Appellant

v.

**BELT BUILT CONTRACTING, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20606
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due on July 12, 2021. On July 23, 2021, Ms. Debra Jimenez, the court reporter responsible for filing the reporter's record in this appeal, filed a Notification of Late Record stating she is "in a two-week in-person jury trial" and she anticipates filing the record by August 22, 2021. Ms. Jimenez is hereby ORDERED to file the reporter's record **no later than August 23, 2021**. Because this is an accelerated appeal, further extensions of time will be disfavored absent extenuating circumstances.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court